**RICE, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

April 25, 1939.

M. E. Strange and Beverly P. White for movant.

Hubert Meredith, Attorney General, and J. M. Campbell, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**SCOTT, Movant, v. MORGAN et al., etc., Opposed.**

Court of Appeals of Kentucky.

May 9, 1939.

William S. Kammerer and W. W. Downing for movant.

Richard Priest Dietzman, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**KRESGE COMPANY, Movant, v. SCHMIDT, Opposed.**

Court of Appeals of Kentucky.

May 16, 1939.

Davis, Boehl, Viser & Marcus for movant.

Brent C. Overstreet, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.